| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Eric Sans Hosmer** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MARYLAND | |
| Case number (if known) | 19-14405 | ☐ Check if this is an amended filing |

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7               12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **JP Morgan Chase c/o Seterus** <br><br> Description of property securing debt: **1909 Juniper Road Edgewood, MD 21040  Harford County** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ■ No <br> ☐ Yes |
| Creditor's name: **Mantis Funding, LLC** <br><br> Description of property securing debt: **2706 Bynum Bel Air, MD 21015  Harford County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ■ Retain the property and [explain]: **avoid lien using 11 U.S.C. § 522(f)** | ☐ No <br> ■ Yes |
| Creditor's name: **Mantis Funding, LLC** <br><br> Description of property: **1909 Juniper Road Edgewood, MD 21040  Harford County** | ■ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ■ No <br> ☐ Yes |

| Debtor 1 | Eric Sans Hosmer | Case number (if known) | 19-14405 |
|---|---|---|---|

securing debt:

---

| Creditor's name: | Northwest Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  pay | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2706 Bynum Bel Air, MD 21015 Harford County | | |

---

| Creditor's name: | Northwest Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  pay | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2706 Bynum Bel Air, MD 21015 Harford County | | |

---

| Creditor's name: | South Central Bank, NA | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 1909 Juniper Road Edgewood, MD 21040  Harford County | | |

---

| Creditor's name: | Suntrust Bank | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>  spouse's possession; she will continue to pay payments | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 2013 Tesla P85<br>in wife's possession; she drives and makes payment | | |

---

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | 320 Northpoint Road Inc. | ■ No<br>☐ Yes |
| Description of leased Property: | RJ Mason lease for premises loacted at 320 North Point Road (debtor personally guranteed) | |

---

| Debtor 1 | **Eric Sans Hosmer** | Case number *(if known)* | **19-14405** |

### Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Eric Sans Hosmer**
**Eric Sans Hosmer**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **April 23, 2019**

Date _____